No. 14-15-00191-CV

In the Fourteenth Court of Appeals At Houston, Texas

CYNTHIA STERNBERG

V.

LYDIA MARRERO LANGSTON TRUST, ET AL

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JUN 1 2015

CHRISTOPHER A. PRINE
CLERK

YES NO
PAID RECEIPT # 1801
INDIGENT YES NO

## APPELLANT'S FIRS REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE BRIEF *(Opposed)*

To the Honorable Fourteenth Court of Appeals: Appellant, Cynthia Sternberg would show as follows:

1. Appellant's record is due June 1, 2015.

2. This is the first request for extension, and it is *Opposed*.

3. Appellant is on a fixed disability income and requires additional time to pay the Harris County District Clerk the $300.00 clerk's fee for preparation of the record.

4. Appellant requires an extension of time to file the trial court record.

5. Appellant and appellees are engaged in litigation over these *identical issues* in Mississippi.

6. Appellant requests a first extension through July 1, 2015.

### Prayer

Accordingly, Appellant Cynthia Sternberg requests an extension of thirty (30) days Through and including Wednesday, July 1, 2015, in which to file the record.

Respectfully submitted,

Cynthia Sternberg
2727 Revere St., #1069
Houston, Texas 77098
Langston7@aol.com
832-613-4955

## Certificate of Conference

I certify that on May 27, 2015 I conferred with Opposing Counsel, Darryl Pratt, who advised that he *opposes* this first request for extension.

Cynthia Sternberg

## Certificate of Service

A true and correct copy of the foregoing has been served upon Mr. Darryl Pratt via email, dpratt@prattlawgroup.com on June 1, 2015.

Cynthia Sternberg